### STATE

v.

### William AMARO.

### No. 81–38–M.P.

Supreme Court of Rhode Island.

Feb. 26, 1981.

Dennis J. Roberts II, Atty. Gen., Kathryn A. Panciera, Spec. Asst. Atty. Gen., for plaintiff-respondent.

Dolbashian, Chappell, Chace & Forte, Paul M. Chappell, Portsmouth, for defendant-petitioner.

ORDER

The petition for writ of certiorari is granted.